**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:08cr205(6) |
| | § | |
| | § | |
| CHRISTOPHER LEO WATTS | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 11, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Christopher Leo Watts's Motion to Dismiss or for Transfer of Venue (Dkt. 97) be DENIED.

There being no objections by Defendant, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant Christopher Leo Watts's Motion to Dismiss or for Transfer of Venue (Dkt. 97) is **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of March, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE